UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
    Plaintiff-Respondent,        )
                                     )
             v.               ) 02-CR-30040-MAP
                                     ) 08-CV-30180-MAP
FRANK J. JIMINEZ,                )
    Defendant-Petitioner         )

MEMORANDUM AND ORDER REGARDING
MOTION FOR CERTIFICATE OF APPEALABILITY
(Dkt. No. 6)

November 6, 2009

**PONSOR, D.J.**

    Petitioner filed his Motion to Vacate following his conviction for multiple firearms counts, including a charge of possessing a firearm in furtherance of drug trafficking crime under 18 U.S.C. § 924(c). Conviction on the latter count required the court to impose a consecutive sentence of 60 months, making Petitioner's term of confinement 170 months.

    The Motion to Vacate relied largely upon the Supreme Court's decision in Watson v. United States, 552 U.S. 74 (2007). As the court indicated in its Memorandum of September 16, 2009 denying this motion (Dkt. No.3), Watson is clearly distinguishable, both with regard to the portion of the statute at issue, and with regard to the underlying

facts of the case.  The petition, in short, fails to demonstrate any denial of a Constitutional right, and Petitioner has not raised issues that are debatable among jurists of reason, in the sense that some other court could resolve this in a manner different that I did.  Unfortunately, for Petitioner, his petition simply does not raise questions which deserve encouragement to proceed further on appeal.

    Accordingly, the Motion for Certificate of Appealability  (Dkt No. 6) is hereby DENIED.  This case has been closed based upon a previous order of this court.

    It is So Ordered.

                                         /s/ Michael A. Ponsor
                                         MICHAEL A. PONSOR
                                         U. S. District Judge